# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| J&J Sports Productions, Inc., | Case No.: 2:18-cv-00746-JAD-NJK |
| Plaintiff | **Order Closing Case** |
| v. | |
| City Lights Bar & Grill, LLC, et al., | |
| Defendants | |

On February 19, 2020, the court gave plaintiff J&J Sports Productions, Inc. until March 13, 2020, "to file a proper motion for default judgment against" remaining defendant City Lights Bar & Grill, LLC.[1] The court warned, "If plaintiff fails to file a proper motion against City Lights by that date, this case will be deemed abandoned, and the court will enter an order dismissing and closing it without further notice."[2] Plaintiff has taken no action since the February 19, 2020, order. Accordingly,

IT IS HEREBY ORDERED that the plaintiff's remaining claims are deemed abandoned, and **THIS CASE IS DISMISSED. The Clerk of Court is directed to CLOSE THIS CASE.**

Dated: March 25, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 13 at 3 (emphasis omitted).

[2] *Id.* (emphasis omitted).